IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FITZPATRICK CHEVROLET INC., a California corporation, FITZPATRICK FAMILY LLC, a Nevada limited liability company, and DOES 1–10,<br><br>Defendants. / | No. C 11-00195 WHA<br><br>**NOTICE REGARDING JUNE 16 HEARING** |

Due to an ongoing trial, the time available for oral argument will be limited. Counsel should plan to address only critical points.

**IT IS SO ORDERED.**

Dated: June 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE