IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, *et al.*,

    Plaintiffs,

  v.

FITZPATRICK CHEVROLET INC., a California corporation, FITZPATRICK FAMILY LLC, a Nevada limited liability company, and DOES 1–10,

    Defendants.

No. C 11-00195 WHA

**ORDER CERTIFYING NOTICE OF CONSTITUTIONAL CHALLENGE**

    On June 30, 2011, defendant Fitzpatrick Family, LLC filed and served a notice of constitutional question. "The court must, under 28 U.S.C. § 2403, certify to the appropriate attorney general that a statute has been questioned." FRCP 5.1(b).

    This order **CERTIFIES** to the United States Attorney General and to the United States Attorney for the Northern District of California that a constitutional question has been raised in this action. Specifically, Fitzpatrick Family challenges the constitutionality of the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. 1001–1461, as an affirmative defense.

    **The clerk is directed to provide a copy of this order to the United States Attorney General and the United States Attorney for the Northern District of California.** "[T]he attorney general may intervene within 60 days after the notice [was] filed." FRCP 5.1(c).

    **IT IS SO ORDERED.**

Dated: July 5, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE