United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FITZPATRICK CHEVROLET INC., a California corporation, FITZPATRICK FAMILY LLC, a Nevada limited liability company, and DOES 1–10,<br><br>Defendants. | No. C 11-00195 WHA<br><br>**ORDER STRIKING MOTION AND VACATING HEARING** |

Pursuant to the case management order (Dkt. No. 45 at ¶ 9) and the stipulation of the parties (Dkt. No. 61), plaintiffs' motion to strike affirmative defenses (Dkt. No. 59) is hereby **STRICKEN**. The hearing on the motion previously set for September 8, 2011, is **VACATED**. Plaintiffs may seek leave to file a new motion at the appropriate time by way of the précis procedure set forth in the case management order.

**IT IS SO ORDERED.**

Dated: July 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE